UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. EL SAID,<br><br>          Defendant. | **CASE NO. 1:16-cv-00731-MJS (PC)**<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 7)**<br><br>**CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On September 8, 2016, Plaintiff filed a motion to withdraw his complaint. (ECF No. 7.)

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Plaintiff's September 8, 2016 motion is sufficient under Rule 41.

Accordingly, this action is DISMISSED without prejudice. The Clerk shall terminate all pending motions and CLOSE this case.

IT IS SO ORDERED.

Dated:   September 12, 2016           /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE